IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSEPH ANALDO,                         :

    Petitioner,                         :

vs.                                             :        CA 07-0316-CB-C

ALBERTO GONZALES, etc.,     :
et al.,
                                                :
    Respondents.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 21, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of September, 2007.

        s/*Charles R. Butler, Jr.*
        **SENIOR UNITED STATES DISTRICT JUDGE**